# First District Court of Appeal
## State of Florida

_____

No. 1D2022-1490
_____

KADEEM CORDALE DEBOSE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
David P. Kreider, Judge.

July 29, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kathryn Lane, Assistant Public Defender, Tallahassee, for Appellant; Kadeem Cordale Debose, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.